IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOT WOODARD,

      Plaintiff,

v.                                                                          No. CIV 08-1063 JB/DJS

ROSHAN HOSPITALITY, LLC,
DIPAK PATEL, and HEMAL PATEL,
EDWARD B. NORRIS, A&A CONSTRUCTION,
PAARU CONSTRUCTION CORPORATION, and
NIRU, INCORPORATED,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Amended Stipulation of Dismissal with Prejudice as to Certain Defendants, filed January 29, 2010 (Doc. 59).  The parties have resolved their dispute and stipulated to dismissal of this case with prejudice.  This stipulation disposes of the final parties and claims in this matter.  The Court thus finds that entry of a final judgment pursuant to rules 54 and 58 of the Federal Rules of Civil Procedure is appropriate.

      **IT IS ORDERED** that final judgment is entered in this matter.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel*:

Brad Marcus
Baker & Marcus, LLP
Scottsdale, Arizona

-- and –

Daymon B. Ely
Albuquerque, New Mexico

    *Attorneys for Plaintiff Dot Woodard*

Edward Shepherd
Allen, Shepherd, Lewis, Syra, & Chapman, P.A.
Albuquerque, New Mexico

    *Attorney for Defendants Roshan Hospitality, LLC and Dipak Patel*

Mark D. Jarmie
Jarmie & Associates
Albuquerque, New Mexico

    *Attorney for Defendants Hemal Patel and PAARU Construction Corporation*